1 | PAUL L. REIN, Esq. (SBN 43053) | IRAKLI KARBELASHVILI, Esq. (SBN 302971)
AARON M. CLEFTON, Esq. (SBN 318680)
2 | REIN & CLEFTON, Attorneys at Law | ALL ACCESS LAW GROUP
200 Lakeside Drive, Suite A | 1400 Coleman Ave Ste F28
3 | Oakland, CA 94612 | Santa Clara, CA 95050
Telephone: (510) 832-5001 | Telephone: (408) 295-0137
4 | Facsimile: (510) 832-4787 | Fax: (408) 295-0142
info@reincleftonlaw.com | irakli@allaccesslawgroup.com

CATHERINE CABALO, Esq. (SBN 248198)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 402-0058
ccabalo@peifferwolf.com

Attorneys for Plaintiff
CHRISTINE DiBELLA

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION,<br><br>Defendants. | CASE NO. 4:21-cv-08461-HSG<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER CONTINUING DEADLINES FOR PLAINTIFF TO FILE AMENDED COMPLAINT & DEADLINES ASSOCIATED WITH GENERAL ORDER 56** |

ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600
Facsimile: (213) 358 7650

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

1

1  Nathan V. Okelberry (SBN 266596)
   nokelberry@fisherphillips.com
2  Justin Hall (SBN 329464)
   jhall@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
4  Los Angeles, California 90071
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendant
   COMPASS GROUP USA, INC.

7

8                              **STIPULATION**

9       Plaintiff CHRISTINE DiBELLA ("Plaintiff") and Defendants BOARD OF TRUSTEES

10 OF THE CALIFORNIA STATE UNIVERSITY; COMPASS GROUP USA, INC. dba

11 CHARTWELLS HIGHER EDUCATION ("Defendants") – Plaintiff and Defendants together the

12 "Parties" – hereby stipulate and request that the deadline for Plaintiff to file an Amended

13 Complaint be continued to March 4, 2022 and related deadlines, including General Order 56

14 deadlines, be continued accordingly. This request to continue deadlines is based on the following

15 good cause:

16      1.  Presently, the deadline for Plaintiff to file an Amended Complaint is February 11,
17          2022. Dkt. No. 25.

18      2.  Plaintiff and Defendant COMPASS GROUP USA, INC. dba CHARTWELLS
19          HIGHER EDUCATION (the private entity Defendant) are currently engaging in
20          productive discussions to resolve the dispute between them. The Parties believe
21          that continuing the deadline for Plaintiff to file an Amended Complaint to March
22          4, 2022, may allow for resolution of the case between Plaintiff and Defendant
23          COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION.
24          The Parties do not wish to expend judicial resources or attorneys' fees on
25          including the private entity Defendant in the Amended Complaint if an expedient
26          resolution is possible.

27      3.  Pursuant to the above, the Parties jointly stipulate and request that the Court
28          continue case deadlines as follows:

1  • Deadline for Plaintiff to file an Amended Complaint: March 4, 2022;

2  • Deadline for Defendants to respond to the Amended Complaint: March 25, 2022;

3  • Deadline for Parties to exchange initial disclosures: April 8, 2022;

4  • Deadline for Parties to hold a joint site inspection of the subject premises: April
5     15, 2022;

6  • Deadline for Parties to hold a video conference meeting of parties: May 20, 2022;
7     and

8  • Deadline to file a Notice of Need for Mediation: May 27, 2022.

**IT IS SO STIPULATED.**

Date: February 10, 2022                    PEIFFER WOLF CAR KANE & CONWAY LLP

       */s/ Catherine Cabalo*
By CATHERINE CABALO, Esq.
Attorneys for Plaintiff
CHRISTINE DiBELLA

Date: February 10, 2022                    CLYDE & CO US LLP

       */s/ Alison K. Beanum*
By ALISON K. BEANUM, Esq.
Attorney for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

Date: February 10, 2022                    FISHER & PHILLIPS LLP

       */s/ Nathan V. Okelberry*
By NATHAN V. OKELBERRY, Esq.
Attorney for Defendants
COMPASS GROUP USA, INC

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on February 10, 2022, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Nathan V. Okelberry, Esq. and Alison Beanum, Esq. in the filing of this document.

       */s/ Catherine Cabalo*
Catherine Cabalo

## **ORDER**

Pursuant to the stipulation of the parties and for good cause shown, case deadlines shall be continued as follows:

    Deadline for Plaintiff to file an Amended Complaint: March 4, 2022;

    Deadline for Defendants to respond to the Amended Complaint: March 25, 2022;

    Deadline for Parties to exchange initial disclosures: April 8, 2022;

    Deadline for Parties to hold a joint site inspection of the subject premises: April 15, 2022;

    Deadline for Parties to hold a video conference meeting of parties: May 20, 2022; and

    Deadline to file a Notice of Need for Mediation: May 27, 2022.

**IT IS SO ORDERED.**

Dated: 2/11/2022

Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge