ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600
Facsimile: (213) 358 7650

Attorneys for Defendant
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION,<br><br>    Defendants. | CASE NO. 4:21-cv-08461-HSG<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

## **STIPULATION**

Plaintiff CHRISTINE DiBELLA ("Plaintiff") and Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION (collectively, "Defendants") – Plaintiff and Defendants together the "Parties" – hereby stipulate and request that the deadline for Defendants to file their response to Plaintiff's First Amended Complaint ("FAC") be continued for two weeks, from March 25, 2022 to April 8, 2022. This request to continue deadlines is based on the following good cause:

1. On March 4, 2022, Plaintiff filed a 61-page FAC for Preliminary and Permanent Injunctive Relief, Declaratory Relief, and Damages. Dkt. No. 29.
2. The FAC contains numerous new allegations, including class action allegations against The Board of Trustees of the California State University with factual allegations specific to each of its 23 campuses.
3. Due to the complexity and broad scope of the FAC, Defendants require additional time to investigate the new allegations and prepare their responsive pleadings.
4. Pursuant to the above, the Parties jointly stipulate that a new deadline of April 8, 2022 be set for Defendants to respond to the FAC.

**IT IS SO STIPULATED.**

Date: March 17, 2022         PEIFFER WOLF CAR KANE & CONWAY LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Catherine Cabalo, Esq.
　　　　　　　　　　　　　　　　　　　　　By CATHERINE CABALO, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　CHRISTINE DiBELLA

Date: March 17, 2022         CLYDE & CO US LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Alison K. Beanum, Esq.
　　　　　　　　　　　　　　　　　　　　　By ALISON K. BEANUM, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　BOARD OF TRUSTEES OF THE
　　　　　　　　　　　　　　　　　　　　　CALIFORNIA STATE UNIVERSITY

Date: March 17, 2022         FISHER & PHILLIPS LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Nathan V. Okelberry, Esq.
　　　　　　　　　　　　　　　　　　　　　By NATHAN V. OKELBERRY, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　COMPASS GROUP USA, INC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on March 17, 2022, I, Alison Beanum, attorney with Clyde & Co US LLP, received the concurrence of Catherine Cabalo, Esq. and Nathan V. Okelberry, Esq. in the filing of this document.

/s/ *Alison K. Beanum*
Alison K. Beanum

**ORDER**

Pursuant to the stipulation of the parties and for good cause shown, the deadline for Defendants to respond to the FAC shall be continued to April 8, 2022.

**IT IS SO ORDERED.**

Dated: March 17, 2022

Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge