Adam B. Wolf (SBN 215914)
Catherine Cabalo (SBN 248198)
PEIFFER WOLF CARR KANE CONWAY
& WISE, LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 402-0058
awolf@peifferwolf.com
ccabalo@peifferwolf.com

Paul L. Rein (SBN 43053)
Aaron M. Clefton (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
info@reincleftonlaw.com

Irakli Karbelashvili (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff
CHRISTINE DiBELLA

*Defense counsel listed after caption

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION,<br><br>Defendants. | CASE NO. 4:21-cv-08461-HSG<br>Civil Rights<br><br>**STIPULATION AND ORDER RE: SECOND AMENDED COMPLAINT AND DEFENDANT BOARD OF TRUSTEES OF CSU'S MOTION TO DISMISS (as modified)** |

ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600
Facsimile: (213) 358 7650

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY
Nathan V. Okelberry (SBN 266596)
nokelberry@fisherphillips.com
Justin Hall (SBN 329464)
jhall@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
COMPASS GROUP USA, INC.

## STIPULATION

Plaintiff CHRISTINE DiBELLA ("Plaintiff") and Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ("Trustees"); COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION ("Compass") (Trustees and Compass together "Defendants") – Plaintiff and Defendants together the "Parties" – hereby stipulate that Plaintiff shall file a Second Amended Complaint (attached to this Stipulation as **Exhibit A**) by April 22, 2022; Trustees will withdraw their pending Motion to Dismiss (Docket No. 32); and Defendants will respond to the Second Amended Complaint by May 23, 2022. These requests are based on the following good cause:

1. Presently, the deadline for Plaintiff to respond to the Trustees' Motion to Dismiss (the "Motion") is April 22, 2022;
2. Plaintiff intends to amend her complaint to address defenses related to her Fair Housing Act claim that are addressed in the Motion; and
3. Plaintiff and Compass have reached a resolution with a dismissal to be filed in the next 35 days.

Pursuant to the above, the Parties jointly stipulate and request the following:

- Plaintiff be granted leave to file the attached Second Amended Complaint by April 22, 2022;

- The Court take the Trustees' Motion off calendar, since this stipulation moots the Motion; and

- Defendants be allowed to respond to the Second Amended Complaint by May 23, 2022;

**IT IS SO STIPULATED.**

Date: April 20, 2022              PEIFFER WOLF CAR KANE CONWAY & WISE, LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Catherine Cabalo*
　　　　　　　　　　　　　　　　　　By CATHERINE CABALO, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　CHRISTINE DiBELLA

Date: April 20, 2022              CLYDE & CO US LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Douglas J. Collodel*
　　　　　　　　　　　　　　　　　　By DOUGLAS J. COLLODEL, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　BOARD OF TRUSTEES OF THE
　　　　　　　　　　　　　　　　　　CALIFORNIA STATE UNIVERSITY

Date: April 20, 2022,             FISHER & PHILLIPS LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Nathan V. Okelberry*
　　　　　　　　　　　　　　　　　　By NATHAN V. OKELBERRY, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　COMPASS GROUP USA, INC

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on April 20, 2022, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Nathan V. Okelberry, Esq. and Douglas J. Collodel, Esq. in the filing of this document.

　　　　　　　　　　　　　　　　　　　　*/s/ Catherine Cabalo*
　　　　　　　　　　　　　　　　　　Catherine Cabalo

## **ORDER**

Pursuant to the stipulation of the parties and for good cause shown:

1. Plaintiff is granted leave to file her Second Amended Complaint by April 22, 2022;
2. Defendant Trustees' Motion to Dismiss (Docket No. 32) is terminated; and
3. Defendants shall respond to the Second Amended Complaint by May 23, 2022.

**IT IS SO ORDERED.**

Dated: 4/20/2022

_____
Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge