| | |
|---|---|
| PAUL L. REIN, Esq. (SBN 43053) <br> AARON M. CLEFTON, Esq. (SBN 318680) <br> REIN & CLEFTON, Attorneys at Law <br> 200 Lakeside Drive, Suite A <br> Oakland, CA  94612 <br> Telephone: (510) 832-5001 <br> Facsimile:  (510) 832-4787 <br> info@reincleftonlaw.com | IRAKLI KARBELASHVILI, Esq. (SBN 302971) <br> ALL ACCESS LAW GROUP <br> 1400 Coleman Ave Ste F28 <br> Santa Clara, CA 95050 <br> Telephone: (408) 295-0137 <br> Fax: (408) 295-0142 <br> irakli@allaccesslawgroup.com |

CATHERINE CABALO, Esq. (SBN 248198)
PEIFFER WOLF CAR KANE & CONWAY LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 402-0058
ccabalo@peifferwolf.com

Attorneys for Plaintiff
CHRISTINE DiBELLA

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION, <br><br> Defendants. | CASE NO. 4:21-cv-08461-HSG <br> <u>Civil Rights</u> <br><br> **STIPULATION OF SETTLEMENT AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION ONLY** |

ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600
Facsimile: (213) 358 7650

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

1

|   |   |
|---|---|
| 1 | Nathan V. Okelberry (SBN 266596) |
|   | nokelberry@fisherphillips.com |
| 2 | Justin Hall (SBN 329464) |
|   | jhall@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
|   | 444 South Flower Street, Suite 1500 |
| 4 | Los Angeles, California 90071 |
|   | Telephone: (213) 330-4500 |
| 5 | Facsimile: (213) 330-4501 |
| 6 | Attorneys for Defendant |
|   | COMPASS GROUP USA, INC., dba |
| 7 | CHARTWELLS HIGHER EDUCATION |

## STIPULATION

Plaintiff CHRISTINE DiBELLA ("Plaintiff") and Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ("Government Entity Defendant"); COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION ("Chartwells") – Plaintiff and Defendants together the "Parties" – hereby stipulate and request that Defendant COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION only be dismissed from this action with prejudice pursuant to FRCP 41(a). Plaintiff and Chartwells have resolved all of Plaintiff's claims against Chartwells. Accordingly, the Parties hereby stipulate and request the Court to order that all of Plaintiff's claims in this action against Defendant COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION be dismissed with prejudice, each party to bear its own fees and costs. The Parties request that the Court not dismiss the claims against Defendant BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY which remain active, and which have not been resolved.

The Parties request that the Court retain jurisdiction to enforce the injunctive relief measures specified in Exhibit A, attached hereto, pursuant to General Order 56

In the event Defendant does not complete the injunctive relief as specified in Exhibit A, Defendant shall have 30 days to correct the deficiencies. After that time, Plaintiff shall be entitled to make a motion to enforce the work contemplated to be done in Exhibit A and shall be entitled to attorney fees and costs for any enforcement action or motion.

2

STIPULATION & ORDER FOR DISMISSAL
CASE NO. 4:21-cv-08461-HSG

**IT IS SO STIPULATED.**

| | |
|---|---|
| Date: May 13, 2022 | REIN & CLEFTON |
| | */s/ Aaron Clefton* |
| | By AARON CLEFTON, Esq. |
| | Attorneys for Plaintiff |
| | CHRISTINE DiBELLA |
| | |
| Date: May 13, 2022 | CLYDE & CO US LLP |
| | */s/ Alison K. Beanum* |
| | By ALISON K. BEANUM, Esq. |
| | Attorney for Defendant |
| | BOARD OF TRUSTEES OF THE |
| | CALIFORNIA STATE UNIVERSITY |
| | |
| Date: May 13, 2022 | FISHER & PHILLIPS LLP |
| | */s/ Nathan V. Okelberry* |
| | By NATHAN V. OKELBERRY, Esq. |
| | Attorney for Defendants |
| | COMPASS GROUP USA, INC, dba |
| | CHARTWELLS HIGHER EDUCATION |

<u>**FILER'S ATTESTATION**</u>

Pursuant to Local Rule 5-1, I hereby attest that I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Nathan V. Okelberry, Esq. and Alison Beanum, Esq. in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

**ORDER**

Pursuant to the stipulation of the parties and for good cause shown, IT IS SO ORDERED.

Dated: 5/13/2022

Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge