| | |
|---|---|
| Adam B. Wolf (SBN 215914) | Irakli Karbelashvili (SBN 302971) |
| Catherine Cabalo (SBN 248198) | ALL ACCESS LAW GROUP |
| PEIFFER WOLF CARR KANE CONWAY | 1400 Coleman Ave Ste F28 |
| & WISE, LLP | Santa Clara, CA 95050 |
| 4 Embarcadero Center, Suite 1400 | Telephone: (408) 295-0137 |
| San Francisco, CA 94111 | Fax: (408) 295-0142 |
| Telephone: (415) 766-3592 | irakli@allaccesslawgroup.com |
| Facsimile: (415) 402-0058 | |
| awolf@peifferwolf.com | |
| ccabalo@peifferwolf.com | |

Paul L. Rein (SBN 43053)
Aaron M. Clefton (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
CHRISTINE DiBELLA

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA, | CASE NO. 4:21-cv-08461-HSG |
| | <u>Civil Rights</u> |
| Plaintiff, | |
| | **STIPULATION AND ORDER MODIFYING** |
| v. | **BRIEFING SCHEDULE FOR** |
| | **DEFENDANTS' MOTION TO DISMISS** |
| BOARD OF TRUSTEES OF THE | **(DOCKET NO. 44)** |
| CALIFORNIA STATE UNIVERSITY; | |
| STEVE RELYEA, Acting Chancellor of | |
| California State University, in his official | |
| capacity; JOLENE KOESTER, incoming | |
| Interim Chancellor of California State | |
| University, in her official capacity; | |
| JEFFREY D. ARMSTRONG, President of | |
| California Polytechnic State University, | |
| San Luis Obispo, in his official capacity; | |
| ERIKA D. BECK, President of California | |
| State University, Northridge, in her official | |
| capacity; SORAYA M. COLEY, President | |
| of California Polytechnic State University, | |
| Pomona, in her official capacity; JANE | |
| CLOSE CONOLEY, President of | |
| California State University, Long Beach, in | |

her official capacity; WILLIAM A. COVINO, President of California State University, Los Angeles, in his official capacity; THOMAS A. CROPPER, President of California State University Maritime Academy, in his official capacity; ADELA DE LA TORRE, President of San Diego State University, in her official capacity; GAYLE E. HUTCHINSON, President of California State University, Chico, in her official capacity; TOM JACKSON, JR., President of California Polytechnic State University, Humboldt, in his official capacity; SAÚL JIMÉNEZ-SANDOVAL, President of California State University, Fresno, in his official capacity; ELLEN N. JUNN, President of California State University, Stanislaus, in her official capacity; LYNN MAHONEY, President of San Francisco State University, in her official capacity; TOMÁS D. MORALES, President of California State University, San Bernardino, in his official capacity; ROBERT S. NELSEN, President of California State University, Sacramento, in his official capacity; ELLEN J. NEUFELDT, President of California State University, San Marcos, in her official capacity; EDUARDO M. OCHOA, President of California State University, Monterey Bay, in his official capacity; THOMAS A. PARHAM, President of California State University, Dominguez Hills, in his official capacity; STEPHEN PEREZ, President of San Jose State University, in his official capacity; JUDY K. SAKAKI, President of Sonoma State University, in her official capacity; CATHY A. SANDEEN, President of California State University, East Bay, in her official capacity; FRAMROZE VIRJEE, President of California State University, Fullerton, in his official capacity; RICHARD YAO, President of California State University, Channel Islands, in his official capacity; LYNNETTE ZELEZNY, President of California State University, Bakersfield, in her official capacity; COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION,

   Defendants.

STIPULATION & ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MTD
CASE NO. 4:21-cv-08461-HSG

| | |
|---|---|
| 1 | ALISON K. BEANUM, State Bar No. 221968 |
|   | alison.beanum@clydeco.us |
| 2 | DOUGLAS J. COLLODEL, State Bar No. 112797 |
|   | douglas.collodel@clydeco.us |
| 3 | CLYDE & CO US LLP |
|   | 355 South Grand Avenue, Suite 1400 |
| 4 | Los Angeles, California 90071 |
|   | Telephone: (213) 358 7600 |
| 5 | Facsimile: (213) 358 7650 |
| 6 | Attorneys for Defendant |
|   | BOARD OF TRUSTEES OF THE |
| 7 | CALIFORNIA STATE UNIVERSITY and individual defendants |
|   | (see complete list of individual defendants on signature page) |
| 8 | |

**STIPULATION**

Plaintiff CHRISTINE DiBELLA ("Plaintiff") and Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, which is the State of California acting in its higher education capacity; STEVE RELYEA, Acting Chancellor of California State University, in his official capacity; JOLENE KOESTER, incoming Interim Chancellor of California State University, in her official capacity; and JEFFREY D. ARMSTRONG, President of California Polytechnic State University, San Luis Obispo, in his official capacity; ERIKA D. BECK, President of California State University, Northridge, in her official capacity; SORAYA M. COLEY, President of California Polytechnic State University, Pomona, in her official capacity; JANE CLOSE CONOLEY, President of California State University, Long Beach, in her official capacity; WILLIAM A. COVINO, President of California State University, Los Angeles, in his official capacity; THOMAS A. CROPPER, President of California State University Maritime Academy, in his official capacity; ADELA DE LA TORRE, President of San Diego State University, in her official capacity; GAYLE E. HUTCHINSON, President of California State University, Chico, in her official capacity; TOM JACKSON, JR., President of California Polytechnic State University, Humboldt, in his official capacity; SAÚL JIMÉNEZ SANDOVAL, President of California State University, Fresno, in his official capacity; ELLEN N. JUNN, President of California State University, Stanislaus, in her official capacity; LYNN MAHONEY, President of San Francisco State University, in her official capacity; TOMÁS D. MORALES, President of California State University, San Bernardino, in his official capacity; ROBERT S.

3

NELSEN, President of California State University, Sacramento, in his official capacity; ELLEN J. NEUFELDT, President of California State University, San Marcos, in her official capacity; EDUARDO M. OCHOA, President of California State University, Monterey Bay, in his official capacity; THOMAS A. PARHAM, President of California State University, Dominguez Hills, in his official capacity; STEPHEN PEREZ, President of San Jose State University, in his official capacity; JUDY K. SAKAKI, President of Sonoma State University, in her official capacity; CATHY A. SANDEEN, President of California State University, East Bay, in her official capacity; FRAMROZE VIRJEE, President of California State University, Fullerton, in his official capacity; RICHARD YAO, President of California State University, Channel Islands, in his official capacity; LYNNETTE ZELEZNY, President of California State University, Bakersfield, in her official capacity; (hereinafter collectively referred to as "the Trustees"), – Plaintiff and Trustees together the "Parties" – hereby stipulate to a modified briefing schedule for the Trustees' pending Motion to Dismiss (Docket No. 44). This request is based on the following good cause:

1. Presently, the deadline for Plaintiff to respond to the Trustees' Motion to Dismiss (the "Motion") is June 14, 2022;
2. The hearing date for the Motion is not until November 17, 2022; and
3. The Parties agree to give each other additional time to address the issues in the Motion for the Court.

Pursuant to the above, the Parties jointly stipulate and request the following:

- Plaintiff will file her Opposition to the Motion by July 18, 2022; and
- Trustees will file their Reply in support of the Motion by August 15, 2022.

**IT IS SO STIPULATED.**

Date: June 3, 2022        PEIFFER WOLF CAR KANE CONWAY & WISE, LLP

          */s/ Catherine Cabalo*
          By CATHERINE CABALO, Esq.
          Attorneys for Plaintiff
          CHRISTINE DiBELLA

Date: June 3, 2022        CLYDE & CO US LLP

| | |
|---|---|
| 1 |    */s/ Douglas Collodel*            |
| | By Douglas Collodel, Esq. |
| 2 | Attorney for Defendant |
| | BOARD OF TRUSTEES OF THE CALIFORNIA |
| 3 | STATE UNIVERSITY, which is the State of |
| | California acting in its higher education capacity; |
| 4 | STEVE RELYEA, Acting Chancellor of California |
| | State University, in his official capacity; JOLENE |
| 5 | KOESTER, incoming Interim Chancellor of |
| | California State University, in her official capacity; |
| 6 | and JEFFREY D. ARMSTRONG, President of |
| | California Polytechnic State University, San Luis |
| 7 | Obispo, in his official capacity; ERIKA D. BECK, |
| | President of California State University, Northridge, |
| 8 | in her official capacity; SORAYA M. COLEY, |
| | President of California Polytechnic State University, |
| 9 | Pomona, in her official capacity; JANE CLOSE |
| | CONOLEY, President of California State |
| 10 | University, Long Beach, in her official capacity; |
| | WILLIAM A. COVINO, President of California |
| 11 | State University, Los Angeles, in his official |
| | capacity; THOMAS A. CROPPER, President of |
| 12 | California State University Maritime Academy, in |
| | his official capacity; ADELA DE LA TORRE, |
| 13 | President of San Diego State University, in her |
| | official capacity; GAYLE E. HUTCHINSON, |
| 14 | President of California State University, Chico, in |
| | her official capacity; TOM JACKSON, JR., |
| 15 | President of California Polytechnic State University, |
| | Humboldt, in his official capacity; SAÚL JIMÉNEZ |
| 16 | SANDOVAL, President of California State |
| | University, Fresno, in his official capacity; ELLEN |
| 17 | N. JUNN, President of California State University, |
| | Stanislaus, in her official capacity; LYNN |
| 18 | MAHONEY, President of San Francisco State |
| | University, in her official capacity; TOMÁS D. |
| 19 | MORALES, President of California State |
| | University, San Bernardino, in his official capacity; |
| 20 | ROBERT S. NELSEN, President of California State |
| | University, Sacramento, in his official capacity; |
| 21 | ELLEN J. NEUFELDT, President of California |
| | State University, San Marcos, in her official |
| 22 | capacity; EDUARDO M. OCHOA, President of |
| | California State University, Monterey Bay, in his |
| 23 | official capacity; THOMAS A. PARHAM, President |
| | of California State University, Dominguez Hills, in |
| 24 | his official capacity; STEPHEN PEREZ, President |
| | of San Jose State University, in his official capacity; |
| 25 | JUDY K. SAKAKI, President of Sonoma State |
| | University, in her official capacity; CATHY A. |
| 26 | SANDEEN, President of California State University, |
| | East Bay, in her official capacity; FRAMROZE |
| 27 | VIRJEE, President of California State University, |
| | Fullerton, in his official capacity; RICHARD YAO, |
| 28 | President of California State University, Channel |

5

Islands, in his official capacity; LYNNETTE ZELEZNY, President of California State University, Bakersfield, in her official capacity

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on June 3, 2022, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Douglas Collodel in the filing of this document.

*/s/ Catherine Cabalo*
Catherine Cabalo

## ORDER

Pursuant to the stipulation of the Parties and for good cause shown, the briefing schedule for Defendant Trustees' Motion is modified as follows:

- Plaintiff will file her Opposition to the Motion by July 18, 2022; and
- Trustees will file their Reply in support of the Motion by August 15, 2022.

**IT IS SO ORDERED.**

Dated: 6/8/2022

_____
Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge