ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY and individual defendants
(see complete list of individual defendants on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA,<br><br>  Plaintiff,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; STEVE RELYEA, Acting Chancellor of California State University, in his official capacity; JOLENE KOESTER, incoming Interim Chancellor of California State University, in her official capacity; and JEFFREY D. ARMSTRONG, President of California Polytechnic State University, San Luis Obispo, in his official capacity; ERIKA D. BECK, President of California State University, Northridge, in her official capacity; SORAYA M. COLEY, President of California Polytechnic State University, Pomona, in her official capacity; JANE CLOSE CONOLEY, President of California State University, Long Beach, in her official capacity; WILLIAM A. COVINO, President of California State University, Los Angeles, in his official capacity; THOMAS A. CROPPER, President of California State University Maritime Academy, in his official capacity; ADELA DE LA TORRE, President of San Diego State University, in her official | CASE NO. 4:21-cv-08461-HSG<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS (DOCKET NO. 44)** |

1

capacity; GAYLE E. HUTCHINSON, President of California State University, Chico, in her official capacity; TOM JACKSON, JR., President of California Polytechnic State University, Humboldt, in his official capacity; SAÚL JIMÉNEZ SANDOVAL, President of California State University, Fresno, in his official capacity; ELLEN N. JUNN, President of California State University, Stanislaus, in her official capacity; LYNN MAHONEY, President of San Francisco State University, in her official capacity; TOMÁS D. MORALES, President of California State University, San Bernardino, in his official capacity; ROBERT S. NELSEN, President of California State University, Sacramento, in his official capacity; ELLEN J. NEUFELDT, President of California State University, San Marcos, in her official capacity; EDUARDO M. OCHOA, President of California State University, Monterey Bay, in his official capacity; THOMAS A. PARHAM, President of California State University, Dominguez Hills, in his official capacity; STEPHEN PEREZ, President of San Jose State University, in his official capacity; JUDY K. SAKAKI, President of Sonoma State University, in her official capacity; CATHY A. SANDEEN, President of California State University, East Bay, in her official capacity; FRAMROZE VIRJEE, President of California State University, Fullerton, in his official capacity; RICHARD YAO, President of California State University, Channel Islands, in his official capacity; LYNNETTE ZELEZNY, President of California State University, Bakersfield, in her official capacity; COMPASS GROUP USA, INC. dba CHARTWELLS HIGHER EDUCATION,

    Defendants.

# **STIPULATION**

Plaintiff CHRISTINE DiBELLA ("Plaintiff"), on the one hand, and Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; STEVE RELYEA, Acting

2

1  Chancellor of California State University, in his official capacity; JOLENE KOESTER, incoming
2  Interim Chancellor of California State University, in her official capacity; and JEFFREY D.
3  ARMSTRONG, President of California Polytechnic State University, San Luis Obispo, in his
4  official capacity; ERIKA D. BECK, President of California State University, Northridge, in her
5  official capacity; SORAYA M. COLEY, President of California Polytechnic State University,
6  Pomona, in her official capacity; JANE CLOSE CONOLEY, President of California State
7  University, Long Beach, in her official capacity; WILLIAM A. COVINO, President of California
8  State University, Los Angeles, in his official capacity; THOMAS A. CROPPER, President of
9  California State University Maritime Academy, in his official capacity; ADELA DE LA TORRE,
10 President of San Diego State University, in her official capacity; GAYLE E. HUTCHINSON,
11 President of California State University, Chico, in her official capacity; TOM JACKSON, JR.,
12 President of California Polytechnic State University, Humboldt, in his official capacity; SAÚL
13 JIMÉNEZSANDOVAL, President of California State University, Fresno, in his official capacity;
14 ELLEN N. JUNN, President of California State University, Stanislaus, in her official capacity;
15 LYNN MAHONEY, President of San Francisco State University, in her official capacity;
16 TOMÁS D. MORALES, President of California State University, San Bernardino, in his official
17 capacity; ROBERT S. NELSEN, President of California State University, Sacramento, in his
18 official capacity; ELLEN J. NEUFELDT, President of California State University, San Marcos,
19 in her official capacity; EDUARDO M. OCHOA, President of California State University,
20 Monterey Bay, in his official capacity; THOMAS A. PARHAM, President of California State
21 University, Dominguez Hills, in his official capacity; STEPHEN PEREZ, President of San Jose
22 State University, in his official capacity; JUDY K. SAKAKI, President of Sonoma State
23 University, in her official capacity; CATHY A. SANDEEN, President of California State
24 University, East Bay, in her official capacity; FRAMROZE VIRJEE, President of California State
25 University, Fullerton, in his official capacity; RICHARD YAO, President of California State
26 University, Channel Islands, in his official capacity; LYNNETTE ZELEZNY, President of
27 California State University, Bakersfield, in her official capacity (collectively, "Defendants") –
28 Plaintiff and Defendants together the "Parties" – hereby stipulate to a modified briefing schedule

1  to continue the deadline for the Trustees to file their reply brief in support of their pending

2  Motion to Dismiss (the "Motion") (Docket No. 44). This request is based on the following good

3  cause:

4    1. Presently, the deadline for the Trustees to file their reply brief in support of their

5  Motion is August 15, 2022;

6    2. Lead counsel for the Trustees is commencing what is anticipated to be a 3-week

7  trial on August 1, 2022 in Department 6 of the Spring Street Courthouse, 312 N. Spring Street,

8  Los Angeles; and

9    3. The hearing date for the Motion is not until November 17, 2022.

10    Pursuant to the above, the Parties jointly stipulate and request that the deadline for the

11  Trustees to file their reply brief in support of their Motion be continued from August 15, 2022 to

12  September 6, 2022.

13    **IT IS SO STIPULATED.**

14  Date: July 28, 2022    PEIFFER WOLF CAR KANE CONWAY & WISE, LLP

15

16             */s/ Catherine Cabalo*
           By CATHERINE CABALO, Esq.
           Attorneys for Plaintiff

17             CHRISTINE DiBELLA

18  Date: July 28, 2022    CLYDE & CO US LLP

19

20             */s/ Alison K. Beanum*
           By ALISON K. BEANUM, Esq.

21             Attorney for Defendants
           BOARD OF TRUSTEES OF THE

22             CALIFORNIA STATE UNIVERSITY; STEVE
           RELYEA, Acting Chancellor of California State

23             University, in his official capacity; JOLENE
           KOESTER, incoming Interim Chancellor of

24             California State University, in her official capacity;
           and JEFFREY D. ARMSTRONG, President of

25             California Polytechnic State University, San Luis
           Obispo, in his official capacity; ERIKA D. BECK,

26             President of California State University, Northridge,
           in her official capacity; SORAYA M. COLEY,

27             President of California Polytechnic State University,
           Pomona, in her official capacity; JANE CLOSE

28             CONOLEY, President of California State
           University, Long Beach, in her official capacity;

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMSS
(DKT. NO. 44)                             CASE NO. 4:21-cv-08461-HSG

| | |
|---|---|
| 1 | WILLIAM A. COVINO, President of California State University, Los Angeles, in his official capacity; THOMAS A. CROPPER, President of California State University Maritime Academy, in his official capacity; ADELA DE LA TORRE, President of San Diego State University, in her official capacity; GAYLE E. HUTCHINSON, President of California State University, Chico, in her official capacity; TOM JACKSON, JR., President of California Polytechnic State University, Humboldt, in his official capacity; SAÚL JIMÉNEZ SANDOVAL, President of California State University, Fresno, in his official capacity; ELLEN N. JUNN, President of California State University, Stanislaus, in her official capacity; LYNN MAHONEY, President of San Francisco State University, in her official capacity; TOMÁS D. MORALES, President of California State University, San Bernardino, in his official capacity; ROBERT S. NELSEN, President of California State University, Sacramento, in his official capacity; ELLEN J. NEUFELDT, President of California State University, San Marcos, in her official capacity; EDUARDO M. OCHOA, President of California State University, Monterey Bay, in his official capacity; THOMAS A. PARHAM, President of California State University, Dominguez Hills, in his official capacity; STEPHEN PEREZ, President of San Jose State University, in his official capacity; JUDY K. SAKAKI, President of Sonoma State University, in her official capacity; CATHY A. SANDEEN, President of California State University, East Bay, in her official capacity; FRAMROZE VIRJEE, President of California State University, Fullerton, in his official capacity; RICHARD YAO, President of California State University, Channel Islands, in his official capacity; LYNNETTE ZELEZNY, President of California State University, Bakersfield, in her official capacity |

5

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMSS
(DKT. NO. 44)                                                                                                    CASE NO. 4:21-cv-08461-HSG

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on July 28, 2022, I, Alison Beanum, attorney with Clyde & Co US LLP, received the concurrence of Catherine Cabalo, Esq. in the filing of this document.

*/s/ Alison K. Beanum*
Alison K. Beanum

## ORDER

Pursuant to the stipulation of the parties and for good cause shown, the deadline for the Trustees to file their reply brief in support of their Motion to Dismiss shall be continued to September 6, 2022.

**IT IS SO ORDERED.**

Dated: 7/28/2022

Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge