Adam B. Wolf (SBN 215914)
Catherine Cabalo (SBN 248198)
PEIFFER WOLF CAR KANE CONWAY & WISE, LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 402-0058
awolf@peifferwolf.com
ccabalo@peifferwolf.com

Paul L. Rein (SBN 43053)
Aaron M. Clefton (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone: (510) 382-5001
Facsimile: (510) 832-4787
info@reinclefton.com

Irakli Karbelashvili (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

*Attorneys for Plaintiff
Christine DiBella
and the Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; JOLENE KOESTER, Interim Chancellor of California State University, in her official capacity; JEFFREY D. ARMSTRONG, President of California Polytechnic State University, San Luis Obispo, in his official capacity; ERIKA D. BECK, President of California State University, Northridge, in her official capacity; SORAYA M. COLEY, President of California Polytechnic State University, Pomona, in her official capacity; JANE CLOSE CONOLEY, President of California State University, Long Beach, in her official capacity; WILLIAM A. COVINO, President of California State | CASE NO. 3:21-cv-08461-TLT<br><u>Civil Rights</u><br><br>**JOINT STATUS REPORT RE: SITE INSPECTION PURSUANT TO DOCKET NO. 71**<br><br>Action Filed:  October 29, 2021 |

University, Los Angeles, in his official capacity; THOMAS A. CROPPER, President of California State University Maritime Academy, in his official capacity; ADELA DE LA TORRE, President of San Diego State University, in her official capacity; GAYLE E. HUTCHINSON, President of California State University, Chico, in her official capacity; TOM JACKSON, JR., President of California Polytechnic State University, Humboldt, in his official capacity; SAÚL JIMÉNEZ-SANDOVAL, President of California State University, Fresno, in his official capacity; ELLEN N. JUNN, President of California State University, Stanislaus, in her official capacity; LYNN MAHONEY, President of San Francisco State University, in her official capacity; TOMÁS D. MORALES, President of California State University, San Bernardino, in his official capacity; ROBERT S. NELSEN, President of California State University, Sacramento, in his official capacity; ELLEN J. NEUFELDT, President of California State University, San Marcos, in her official capacity; VANYA QUIÑONES, President of California State University, Monterey Bay, in her official capacity; THOMAS A. PARHAM, President of California State University, Dominguez Hills, in his official capacity; CYNTHIA TENIENTE-MATSON, President of San Jose State University, in her official capacity; MING-TUNG LEE, Interim President of Sonoma State University, in his official capacity; CATHY A. SANDEEN, President of California State University, East Bay, in her official capacity; FRAMROZE VIRJEE, President of California State University, Fullerton, in his official capacity; RICHARD YAO, President of California State University, Channel Islands, in his official capacity; and LYNNETTE ZELEZNY, President of California State University, Bakersfield, in her official capacity,

        Defendants.


```
1  ALISON K. BEANUM, State Bar No. 221968
   alison.beanum@clydeco.us
2  DOUGLAS J. COLLODEL, State Bar No. 112797
   douglas.collodel@clydeco.us
3  CLYDE & CO US LLP
   355 South Grand Avenue, Suite 1400
4  Los Angeles, California 90071
   Telephone: (213) 358-7600
5  Facsimile: (213) 358-7650

6  Attorneys for Defendants
   BOARD OF TRUSTEES OF THE CALIFORNIA
7  STATE UNIVERSITY and individual defendants
   (see complete list of individual defendants on signature page)
```

Pursuant to this Court's April 14, 2023 Case Management and Scheduling Order (Docket No. 71), Plaintiff CHRISTINE DiBELLA ("Plaintiff") and Defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and individual Defendants ("Defendants," and together with Plaintiff, the "Parties") hereby file this Joint Status Report.

The Parties conducted their FRCP 26(f) discovery conference on April 18, 2023, during which the Parties discussed scheduling a site inspection. The Parties have agreed to conduct Plaintiff's site inspection of the Cal Poly Humboldt campus on August 7-11, 2023.

Date: April 27, 2023                PEIFFER WOLF CARR KANE CONWAY
                                    & WISE, LLP

                                    /s/ Catherine Cabalo
                                    By: CATHERINE CABALO, Esq.
                                    Attorney for Plaintiff
                                    CHRISTINE DiBELLA

Date: April 27, 2023                CLYDE & CO US LLP

                                    /s/ Alison K. Beanum
                                    By ALISON K. BEANUM, Esq.
                                    Attorney for Defendant
                                    BOARD OF TRUSTEES OF THE
                                    CALIFORNIA STATE UNIVERSITY

//

//

//

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 27, 2023, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Alison Beanum, Esq. in the filing of this document.

*/s/ Catherine Cabalo*
Catherine Cabalo