Adam B. Wolf (SBN 215914)
Catherine Cabalo (SBN 248198)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 402-0058
awolf@peifferwolf.com
ccabalo@peifferwolf.com

Irakli Karbelashvili (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Paul L. Rein (SBN 43053)
Aaron M. Clefton (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: (510) 382-5001
Facsimile: (510) 832-4787
info@reinclefton.com

Attorneys for Plaintiff
Christine DiBella

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; ET AL.<br><br>　　　　　Defendants. | Case No. 3:21-cv-08461-TLT<br><u>Civil Rights</u><br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE SETTLEMENT CONFERENCE IN DOCKET NO. 89**<br><br>3rd Amended Complaint Filed: April 24, 2023 |

ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071

Telephone: (213) 358 7600
Facsimile: (213) 358 7650

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY and individual defendants

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff Christine DiBella ("Plaintiff") and Defendant Board of Trustees of the California State University ("the Board") (Plaintiff and Defendants together the "Parties")—have reached an agreement in principle to globally resolve all claims between the Parties pending in this action. The Parties are in the process of drafting and executing a formal settlement agreement ("the Agreement") and related dismissal papers. The Parties anticipate the Agreement will be filed within 60 days.

The Parties request that the September 1, 2023, Settlement Conference identified in Docket No. 89 be vacated. The Parties shall file a Joint Status Report by September 18, 2023.

Respectfully submitted,

Date: August 25, 2023          PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

                               /s/ Catherine Cabalo
                               By: Catherine Cabalo
                               Attorneys for Plaintiff Christine DiBella

Date: August 25, 2023          CLYDE & CO US LLP

                               /s/ Alison K. Beanum
                               By: Alison K. Beanum
                               Attorneys for Defendant Board of Trustees of the
                               California State University

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on August 25, 2023, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Alison Beanum in the filing of this document.

Date: August 25, 2023

                               /s/ Catherine Cabalo
                               Catherine Cabalo