PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave., Suite F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

CATHERINE CABALO, Esq. (SBN 248198)
PEIFFER WOLF CAR KANE & CONWAY LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 840-9435
ccabalo@peifferwolf.com

*Attorneys for Plaintiff*
CHRISTINE DiBELLA

*Defense counsel listed after caption

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DiBELLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; ET AL.<br><br>　　　　Defendants. | Case No. 3:21-cv-08461-TLT<br>Civil Rights<br><br>**JOINT STATUS REPORT** |

//

//

---

1

**JOINT STATUS REPORT**
Case No. 3:21-cv-08461-TLT

ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600
Facsimile: (213) 358 7650

Attorneys for Defendant
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY.

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

Plaintiff Christine DiBella ("Plaintiff") and Defendant Board of Trustees of the California State University ("the Board") (Plaintiff and Defendant together the "Parties") submit this Joint Status Report in response to the Court's Order Re Notice of Settlement (Dkt. No. 92):

WHEREAS, The Parties have now executed and exchanged a final settlement agreement to globally resolve this matter.

WHEREAS, The Parties have now executed all terms of the final settlement agreement except for Defendant's payment.

WHEREAS, the Parties anticipate timely completion of payment performance and The Parties anticipate the Joint Stipulation will be filed as soon as possible thereafter.

WHEREAS, the Parties request that the deadlines identified in Dkt. No. 92 be continued by 60 days or such other time that the Court deems appropriate.

Respectfully submitted,

Date: September 18, 2023        PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

                                */s/ Catherine Cabalo*
                                By: Catherine Cabalo
                                Attorney for Plaintiff Christine DiBella

Date: September 18, 2023        REIN & CLEFTON

                                */s/ Aaron Clefton*
                                By: Aaron Clefton
                                Attorney for Plaintiff Christine DiBella

JOINT STATUS REPORT
Case No. 3:21-cv-08461-TLT

| | |
|---|---|
| Date: September 18, 2023 | ALL ACCESS LAW GROUP |
| | */s/ Irakli Karbelashvili*<br>By: Irakli Karbelashvili<br>Attorney for Plaintiff Christine DiBella |
| Date: September 18, 2023 | CLYDE & CO US LLP |
| | */s/ Alison K. Beanum*<br>By: Alison K. Beanum<br>Attorneys for Defendant Board of Trustees of the California State University |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on September 18, 2023, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Aaron Clefton, Irakli Karbelashvili, and Alison K. Beanum in the filing of this document.

*/s/ Catherine Cabalo*
Catherine Cabalo